# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

June 28, 2017

**VIA ECF AND U.S. MAIL**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

> Re:   Bodrul Islam et al. v. BYO Co. (USA), Ltd. d/b/a EN Japanese Brasserie;
>        Civil Action No. 16-cv-927(PGG)

Dear Judge Gardephe:

We represent Plaintiffs in the above-referenced matter, and write in connection to Your Honor's June 27, 2017 Order (Dkt. No. 46), to inform the Court that Plaintiffs do intend to respectfully seek leave to amend their Complaint.  *See* Dkt. No. 1.  Plaintiffs respectfully propose that they be permitted to file their Amended Complaint on or by July 7, 2017.  Defendant consents to this request, but requests that Defendant's deadline to answer or otherwise move in response to the Amended Complaint be extended one week to July 28, 2017, because Defendant's counsel is scheduled to be out of town for his sister's wedding in the middle of July.

In addition, Plaintiffs intend to move for reconsideration of the Court's Memorandum and Order of June 20, 2017 (*see* Dkt. No. 42), and respectfully request an extension of the briefing schedule pursuant to Local Civil Rule 6.3.  The current deadline for Plaintiffs to move for reconsideration is July 4, 2017, and Plaintiffs request a two-week extension to July 19, 2017, with Defendant's deadline to respond likewise extended to August 2, 2017.  This is the first request for extension of this deadline.  The reason for this request is because of the July 4th holidays as well as vacation scheduling issues for attorneys for both parties.  Defendant consents to this request.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

Jeanne M. Christensen

cc:     Counsel for Defendants (*via* ECF)